

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P 929-575-4175 | F. 929-575-4195
E joseph@cml.legal | W. cml.legal

December 2, 2019

**VIA ECF**
Honorable Judge Koeltl
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-3-19

Re:   Diaz v. Essilor of America, Inc.; Case No: 1:19-cv-06309-JGK

Dear Judge Koeltl,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's October 2, 2019 Order, the parties were granted 60 days in which to restore the case to the court's calendar. It is now December 2, 2019, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Evan B. Citron
Evan B. Citron, Esq.

Cc: All counsel of record (Via ECF)

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

12/2/19.